FILED
CLERK, U.S. DISTRICT COURT

APR - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LUIS G. FLORES, | ) No. SA CV 06-1143-PA (PLA) |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| ORANGE COUNTY CENTRAL MEN'S JAIL, et al., | ) |
| Defendants. | ) |

Pursuant to the order adopting the Magistrate Judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: April 4, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE